UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

JOSEPH REINWAND,
    PETITIONER-APPELLANT,

V.                               Case No.
                                   (L.C. 19-cv-767)

Sue Novak,
    RESPONDENT-APPELLEE.

MOTION FOR EXTENSION
OF TIME TO FILE THE
CERTIFICATE OF APPEALABILITY
REQUEST

    The Petitioner Joseph Reinwand is requesting the Court to Grant an Extension of time to file his request and Motion for Certificate of Appealability. The Petitioner is asking for a 30 day extension to file his Motion and is asking the Court at this time to not consider the Notice of Appeal as the request for the Certificate of Appealability. The Petitioner has a Case just like the Jensen case on Confrontation Violations of testimony from the grave and was denied a fair trial because of this inadmissible testimony. This Court reversed Jensen's Case for the same claim as the Petitioner's.

    All of the Petitioner's files were confiscated illegally by the institution on 05-05-2020 and the institution is not allowing inmates to possess legal material. It is for this good cause the Petitioner is asking for 30 days or a stay on the proceedings until the Institution returns the Legal Material so the Petitioner can finish typing his C.O.A. Motion stating the facts and Law why this Court should Grant his C.O.A. Motion. This request for extra time is in hope that by 06-15-2020 the Petitioner will be able to file the Motion.

Dated: 05-13-2020                                  Sincerely,

                                                          _____
                                                          Joseph Reinwand, #569593

To: Clerk of the Court
    United States Court of Appeals
    for the Seventh Circuit
    219 S. Dearborn Street
    Chicago, IL. 60604-1874

05-13-2020

RE: Reinwand v. Novak

Dear Clerk,

Enclosed please find two Motions for filing in two seperate appeals brought by the petitioner. The two Motions are for good cause asking for extension of time to file the Certificate of Appealability Motions. The Institution where I'm housed has had an entire institution search because two inmates escaped and now they are taking inmates legal material as a form of retaliation against the inmates who had nothing to do with the escape or the inmates that caused this retaliation. Its totally against the Law but they did it anyway. So please file the two Motions for me. Thank You.

Sincerely,

*Joseph Reinwand*

Joseph Reinwand, #569593
Columbia Correctional Institution
P.O. Box 900
Portage, WI. 53901